UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned
IP Address 68.42.255.142,

    Defendant.
_____/

Case No. 19-11300

HON. GEORGE CARAM STEEH

## PROTECTIVE ORDER CONCERNING PSEUDONYM FOR DEFENDANT

In this action, Plaintiff Strike 3 Holdings, LLC alleges that Defendant John Doe violated its copyrights. Currently, Strike 3 can only identify the Defendant by his or her internet protocol ("IP") address. Simultaneous with the entry of this order, the court will enter an order permitting Strike 3 to subpoena the Defendant's internet service provider (the "ISP") in an attempt to obtain the Defendant's name and address. If Strike 3 receives the name and address of the Defendant from the ISP, it shall serve the Defendant with a copy of this order at the same time it serves the Complaint.

Until further order of the court, the Defendant shall be identified in all public filings in this action as "John Doe." In addition, until further order of

the court, no party shall use the name, address, or any other identifying contact information of the Defendant in any public filing in this case.

SO ORDERED.

Dated: May 21, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 21, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk